# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Walter Perez Escobar, Margarito Gonzalez, and Francisco Cisneros-Zavala, individually and on behalf of all others similarly situated,

v.

Whiteside Construction Corporation, NMS Supply, Inc., J. W. Construction, Inc., and David R. Whiteside

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08   1120 WHA**

TO: (Name and address of defendant)

Whiteside Construction Corporation
1151 Hensley Street
Richmond, California 94801

*And the above Named Defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90069

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

FEB 25 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: March 29, 2008

Name of SERVER: David Harris

TITLE: Attorney

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: Michelle Whiteside, Agent for Service of Process for J.W. Construction Inc.; 20 Baywood Cir., Novato CA 94949

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| —      | —        | —     |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/8/08

Signature of Server

Address of Server: 901 Irwin, San Rafael, CA 94901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

(Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: March 29, 2008

Name of SERVER: David Harris

TITLE: Attrny

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Served David Whiteside, on behalf of himself and Whiteside Construction Corp. and NMS Supply Inc. Left with Mr. Whiteside's wife, Michelle Whiteside, 20 Baywood Cir, Novato, CA 94949

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/8/08
Date

Signature of Server

Address of Server: 901 Irwin, San Rafael CA 94901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure