1  PAUL V. SIMPSON, Bar No. 83878
   psimpson@sgilaw.com
2  JENNIFER M. CHAN, Bar No. 182849
   jchan@sgilaw.com
3  SIMPSON, GARRITY & INNES
   Professional Corporation
4  601 Gateway Boulevard, Suite 950
   South San Francisco, CA  94080
5  Telephone:  (650) 615-4860
   Fax:  (650) 615-4861
6

7  Attorneys for Defendants Whiteside Construction Corporation,
   NMS Supply, Inc., J.W. Construction, Inc., and
8  David R. Whiteside

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | WALTER PEREZ ESCOBAR, MARGARITO | ) Case No. CV 08 1120 WHA
   | GONZALEZ, and FRANCISCO CISNEROS- | )
14 | ZAVALA, individually and on behalf of all others | ) **CERTIFICATE OF SERVICE**
   | similarly situated | )
15 |                                                  | )
   |                Plaintiff,                        | )
16 |                                                  | )
   |                v.                                | )
17 |                                                  | )
   |                                                  | )
18 | WHITESIDE CONSTRUCTION CORPORATION, | )
   | NMS SUPPLY, INC., J.W. CONSTRUCTION, | )
19 | INC., and DAVID R. WHITESIDE | )
   |                                                  | )
20 |                Defendants.                       | )
   |                                                  | )
21

22
        I, Diana L. Prisk certify and declare as follows:
23
        I am over the age of 18 years and not a party to this action.
24
        My business address is 601 Gateway Boulevard, Suite 950, South San Francisco,
25
26 California, 94080, which is located in the City, County and State where the mailing described

27 below took place

28

{CLIENT FILES\31395\1\00088448.DOC}                                                      - 1 -
CERTIFICATE OF SERVICE
CASE NO. CV 08 1120 WHA

On April 18, 2008, I placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California, a copy of the following documents:

- **DEFENDANTS WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY, INC., J.W. CONSTRUCTION, INC., AND DAVID R. WHITESIDE ANSWER TO PLAINTIFFS' COM**

on:

Attorneys for Plaintiffs

Alan Harris, Esq.
David Zelenski, Esq.
HARRIS & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2008.

            /s/ Diana L. Prisk
            Diana L. Prisk

{CLIENT FILES\31395\1\00088448.DOC}  - 2 -

CERTIFICATE OF SERVICE
CASE NO. CV 08 1120 WHA