UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Escobar et. al.

Plaintiff(s),

v.

Whiteside Construction Corporation, et. al.

Defendant(s).

CASE NO. CV 08 1120 WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 5, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paul V. Simpson, | Defendants, | (650) 615-4860 | PSimpson@sgilaw.com |
| Alan Harris, | Plaintiffs | (323) 931-3777 | Aharris@harrisandruble.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/15/08

Attorney for Plaintiff

Dated: 5-15-08

Attorney for Defendant

Rev 12.05

## CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California 94080. On the date indicated below, I served a copy of the following documents, a true and correct copy of the attached documents attached hereto:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

☑ by **MAIL,** On the date indicated below, I served by mail, a true copy of the following documents. I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

> Alan Harris, Esq.
> David Zelenski, Esq.
> **HARRIS & RUBLE**
> **5455 Wilshire Blvd., Suite 1800**
> **Los Angeles, CA 90036**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2008, at South San Francisco, California.

*/s/ Diana L. Prisk*
Diana L. Prisk

{CLIENT FILES\31395\1\00089874.DOC}   - 1 -

PROOF OF SERVICE

# SIMPSON, GARRITY & INNES
PROFESSIONAL CORPORATION
ATTORNEY AT LAW
601 GATEWAY BOULEVARD, SUITE 950
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TELEPHONE: (650) 615-4860
FACSIMILE: (650) 615-4861
WWW.SGILAW.COM

## FACSIMILE TRANSMISSION

*The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.*

**DATE:** May 15, 2008

**TO:**

| NAME | FAX | PHONE |
|---|---|---|
| ADR Unit<br>U.S. District Court - ADR Unit | (415) 522-4112 | (415) 522-2199 |

**FROM:** Diana Prisk
Legal Assistant to Paul V. Simpson

**RE:** *Escobar et. al. v. Whiteside Construction Corporation, et. al.*
USDC Case No.: CV 08 1120 WHA

| **CLIENT/MATTER:** 31395 | Number of Pages, Including Cover: 3 |
|---|---|

Original WILL ☐  WILL NOT ☒ follow

**MESSAGE:**

```
* * * COMMUNICATION RESULT REPORT ( MAY. 15. 2008  4:21PM ) * * *

                                                          FAX HEADER:  SGI 6506154861

TRANSMITTED/STORED : MAY. 15. 2008   4:21PM
FILE MODE         OPTION              ADDRESS                    RESULT              PAGE
---------------------------------------------------------------------------------------------
580  MEMORY TX                        14155224112-31395          OK                  3/3

------------------------------------------------------------------------------------------

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# SIMPSON, GARRITY & INNES
PROFESSIONAL CORPORATION
ATTORNEY AT LAW
601 GATEWAY BOULEVARD, SUITE 950
SOUTH SAN FRANCISCO, CALIFORNIA 94080
TELEPHONE: (650) 615-4860
FACSIMILE: (650) 615-4861
WWW.SGILAW.COM

## FACSIMILE TRANSMISSION

*The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.*

**DATE:** May 15, 2008

**TO:**

| NAME | FAX | PHONE |
|---|---|---|
| ADR Unit<br>U.S. District Court - ADR Unit | (415) 522-4112 | (415) 522-2199 |

**FROM:** Diana Prisk
Legal Assistant to Paul V. Simpson

**RE:** *Escobar et. al. v. Whiteside Construction Corporation, et. al.*
USDC Case No.: CV 08 1120 WHA

| **CLIENT/MATTER:** 31395 | Number of Pages, Including Cover: ~~4~~ 3 |
|---|---|

Original WILL ☐  WILL NOT ☒ follow

**MESSAGE:**

{CLIENT FILES\31395\1\00089875.DOC} IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US BACK AS SOON AS POSSIBLE