UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Escobar et. al.

            Plaintiff(s),

v.

Whiteside Construction Corporation et. al.

            Defendant(s).
_____/

Case No. CV 08 1120 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/21/08

[Party] David R. Whiteside, personally and on behalf of Whiteside Construction, Corp., NMS Supply, Inc., J.W. Construction, Inc.

Dated: May 15, 2008

[Counsel] Paul V. Simpson, Attorney for Defendants

## CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California 94080. On the date indicated below, I served a copy of the following documents, a true and correct copy of the attached documents attached hereto:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☑ by **MAIL**, On the date indicated below, I served by mail, a true copy of the following documents. I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

**Alan Harris, Esq.**
**David Zelenski, Esq.**
**HARRIS & RUBLE**
**5455 Wilshire Blvd., Suite 1800**
**Los Angeles, CA 90036**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2008, at South San Francisco, California.

*[signature]*
Diana L. Prisk