UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Perez Escobar, Margarito
Gonzalez & Francisco Cisneros-Zavala
          Plaintiff(s),

v.

Whiteside Construction Corporation, et
al.
          Defendant(s).
_____/

Case No. CV 08 1120 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/21/08

[Party]

Dated: 5/21/08

[Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Perez Escobar, Margarito
Gonzalez & Francisco Cisneros-Zavala
                Plaintiff(s),

           v.

Whiteside Construction Corporation, et al.
                Defendant(s).
_____/

Case No. CV 08 1120 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/21/08

                                                                       [Party]

Dated: 5/21/08

                                                                       [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Perez Escobar, Margarito
Gonzalez & Francisco Cisneros-Zavala
             Plaintiff(s),

             v.

Whiteside Construction Corporation, et al.
             Defendant(s).
_____/

Case No. CV 08 1120 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/21/08

Dated: 5/21/08

*Francisco Cisneros*
[Party]

[signature]
[Counsel]