IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER PEREZ ESCOBAR,                                No. C 08-01120 WHA

    Plaintiff,

 v.                                                                          **CLERK'S NOTICE
                                                                                    RESCHEDULING HEARING**

WHITESIDE CONSTRUCTION CORP,

    Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Case Management Conference previously set for June 12, 2008 at 11:00 a.m. has been rescheduled for **June 19, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  June 4, 2008                                          FOR THE COURT,

                                                                      Richard W. Wieking, Clerk

                                                                       By: _____
                                                                          Dawn Toland
                                                                          Courtroom Deputy to the
                                                                          Honorable William Alsup

*United States District Court*
*For the Northern District of California*