**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 19, 2008

Case No.  C 08-01120 WHA

Title: WALTER ESCOBAR v. WHITESIDE CONSTRUCTION

Plaintiff Attorneys: Alan Harris; David Harris

Defense Attorneys: Paul Simpson; Timothy O'Donnell

Deputy Clerk:  Dawn Toland           Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 6/30/08

Last Day to Fil Class Certification Motion: 1/15/09

Discovery Cutoff: 4/3/09

Designation of Experts: 4/3/09

Last Day to File Dispositive Motion: 5/14/09


Continued to _ for Further Case Management Conference

Continued to  6/29/09 at 2:00pm  for Pretrial Conference

Continued to  7/13/09 at 7:30am  for Bench Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.