# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Escobar,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Whiteside Construction Corporation,<br><br>             Defendant(s). | 08-01120 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Morton H. Orenstein**
Arbitrator & Mediator
1530 Euclid Ave.
Berkeley, CA 94708
510-848-6295
moeorenstein@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01120 WHA MED                           - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: July 2, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:    Claudia M. Forehand

7

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Mediator**
08-01120 WHA MED                - 2 -