Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
901 Irwin Street
San Rafael, CA 94901
Telephone: (415) 460-5300
Facsimile: (415) 460-5303

Attorneys for Plaintiffs
WALTER PEREZ ESCOBAR, MARGARITO
GONZALEZ and FRANCISCO CISNEROS-ZAVALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEREZ ESCOBAR, MARGARITO GONZALEZ and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY INC., J.W. CONSTRUCTION, INC. and DAVID R. WHITESIDE,<br><br>Defendants. | Case No. CV-08-1120 WHA<br><br>**NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF A COLLECTIVE ACTION**<br><br>Date:  August 21, 2008<br>Time:  8:00 AM<br>Courtroom: 9<br>Judge:  Hon. William Alsup |

# NOTICE OF MOTION

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that, on August 21, 2008, at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9, 19th Floor, of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Walter Perez Escobar, Margarito Gonzalez, and Francisco Cisneros-Zavala will, and hereby do, move for an order granting collective-action certification pursuant to the Fair Labor Standards Act of a class consisting of all persons who were employed by Whiteside Construction Corporation, NMS Supply Inc., and/or J.W. Construction, Inc. at any time during the period from February 25, 2004, through August 21, 2008.

This Motion is made and based upon the Complaint filed herein, this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Walter Escobar, the Declaration of Margarito Gonzalez, the Declaration of Francisco Cisneros-Zavala, the Declaration of Alan Harris, and all pleadings and papers in the Court's file in this matter, and such further evidence and argument that will be admitted or argued in accordance with the law at the time of the hearing.

Dated: July 16, 2008         HARRIS & RUBLE

                             By:      /s/
                                 Alan Harris

                             Attorneys for Plaintiffs
                             WALTER PEREZ ESCOBAR,
                             MARGARITO
                             GONZALEZ and FRANCISCO
                             CISNEROS-ZAVALA

# **PROOF OF SERVICE**

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On July 16, 2008, I served the within document(s):

**NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF A COLLECTIVE ACTION**

I caused such to be delivered by hand in person to:

    N/A

I caused such to be delivered by fax or e-mail to:

    N/A

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

    N/A

I caused such to be delivered via the Court's CM/ECF System to:

    Paul Simpson -- psimpson@sgilaw.com

I declare under penalty of perjury that the above is true and correct.

Executed on July 16, 2008, at Los Angeles, California.

                                  /s/
                              David Zelenski