Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
901 Irwin Street
San Rafael, CA 94901
Telephone: (415) 460-5300
Facsimile: (415) 460-5303

Attorneys for Plaintiffs
WALTER PEREZ ESCOBAR, MARGARITO
GONZALEZ and FRANCISCO CISNEROS-ZAVALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEREZ ESCOBAR, MARGARITO GONZALEZ and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY INC., J.W. CONSTRUCTION, INC. and DAVID R. WHITESIDE,<br><br>Defendants. | Case No. CV-08-1120 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE**<br><br>Date:      August 21, 2008<br>Time:      8:00 AM<br>Courtroom: 9<br>Judge:    Hon. William Alsup |

WHEREAS, on August 21, 2008, the hearing on Plaintiff's Motion for Certification of a Collective Action came before the Honorable William Alsup, in Courtroom 9, of the United States District Court, Northern District of California;

WHEREAS, the Court granted Plaintiff's Motion for Certification of a Collective Action consisting of all persons who were employed by Whiteside Construction Corporation, NMS Supply Inc., and/or J.W. Construction, Inc. at any time during the period from February 25, 2004, through August 21, 2008;

WHEREAS, the Court approves the form of Notice to all potential Plaintiffs, a true and correct copy of which is attached hereto as Exhibit 1;

**It Is Hereby Ordered that:**

1. Defendants Whiteside Construction Corporation, NMS Supply Inc., J.W. Construction, Inc., and David R. Whiteside (the "Defendants") shall forthwith provide to Gilardi and & Co. LLC a copy of the last-known address for all Whiteside Construction Corporation, NMS Supply Inc., and J.W. Construction, Inc. employees who worked in California at any time during the period from February 25, 2004, through August 21, 2008;

2. To ensure the most complete and accurate mailing reasonably possible, Gilardi & Co. will mail a copy of Exhibit 1 to all individuals on the list provided by Defendants and to such list as updated by the National Change of Address database;

3. To the extent the Notices are returned to Gilardi & Co. as not deliverable, Gilardi & Co. shall update the address using Lexis and remail the Notice;

///
///
///
///
///
///
///

4.      The Whiteside Construction Corporation, NMS Supply Inc., and J.W. Construction, Inc. employees or former employees who return executed opt-in Notices shall be deemed to have opted into this litigation as of the date on which Gilardi and Co. receives their executed opt in form.

**IT IS HEREBY ORDERED:**


DATED: _____                                          _____
                                                                                       The Hon. William Alsup