PAUL V. SIMPSON, Bar No. 83878
psimpson@sgilaw.com
JENNIFER M. CHAN, Bar No. 182849
jchan@sgilaw.com
TIMOTHY P. O'DONNELL, Bar No.185492
todonnell@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants Whiteside Construction Corporation,
NMS Supply, Inc., J.W. Construction, Inc., and
David R. Whiteside

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WALTER PEREZ ESCOBAR, MARGARITO GONZALEZ, and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated

Plaintiff,

v.

WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY, INC., J.W. CONSTRUCTION, INC., and DAVID R. WHITESIDE

Defendants.

Case No. CV 08 1120 WHA

**DECLARATION OF RAUL PALACIO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE**

Date: August 21, 2008
Time: 8:00 a.m.
Courtroom: 9
Judge: Hon. William Alsup

{CLIENT FILES\31395\1\00093252.DOC}  - 1 -

DECLARATION OF RAUL PALACIO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE - CASE NO. CV 08 1120 WHA

I, Raul Palacio, declare:

1.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I am 24 years old. Since I do not read English very well, this declaration has been translated verbally (sight translated) for me into Spanish, my native language.

2.  I make this declaration voluntarily, and I have not been pressured by anyone to provide this declaration. Further, I have not received any payment or promise of future consideration for this declaration.

3.  I have been employed by Whiteside Construction Corporation for a total of approximately three years. I have been employed as a union laborer during my employment with Whiteside Construction. My pay rate is determined by the Company's union contract with the Laborers Union.

4.  Currently, I drive my own car from my home directly to the job site in the morning. At the beginning of my employment, I went to the Company's yard in Richmond before work approximately three times a week to get a ride to the job site. I did so because I was not familiar with the areas where the job sites were located, and I did not want to get lost. Over time, as I have become more familiar with the areas where the job sites are located, I have gone first to the yard less frequently. Over the past year, I have gone to the yard in the morning a couple of times. I have done so either to get a ride myself or to pick up other employees and drive them in my own car. At the beginning of my employment with Whiteside Construction, I was told that employees have the option either to go directly to the job site at the beginning of the day or to go to the yard and obtain a ride from the foreman on their job. To my knowledge, the Company does not require employees to report to the yard every day before the beginning of the day's shift.

5.  Only a few times when I have gone to the yard first have I helped load a company truck before driving to the job site. Each time that I helped load the truck, it took only a couple of minutes, and I did so on my own as a favor to the foreman so we could get on the road. Nobody directed or ordered me to help load the truck.

6. Each afternoon, I get my assignment for the next day from the foreman working at the job site. The foreman tells me where I will be working and what time to begin work at the job site. Sometimes, the foreman does not know my assignment for the next day. When that has happened, I have called the Company's office to learn the location and time of my assignment for the next day. I am not required to go to the yard in Richmond to find out where I work.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 30 day of July, 2008, at SOUTH SAN FRANCISCO, California.

_Raul Palacio_
Raul Palacio

{CLIENT FILES\31395\1\00093252.DOC}                                                                                  - 3 -
DECLARATION OF RAUL PALACIO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR
STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE - CASE NO. CV 08 1120 WHA

I, Irene R. Tenney, do solemnly affirm under penalty of perjury under the laws of the State of California and of the United States that I have, using my best skill and judgment and in the presence of Juan Alfonso Alfaro,, justly, truly, and impartially made a true verbal translation in the Spanish language of the attached is document for Declaration Of Raul Palacio In Opposition To Plaintiffs' Motion For Certification Of Fair Labor Standards Act Collective Action And Approval Of Notice for Juan Alfonso Alfaro.

Date: July 30, 2008

Irene R. Tenney
Federally and State Certified Interpreter-Translator