PAUL V. SIMPSON, Bar No. 83878
psimpson@sgilaw.com
JENNIFER M. CHAN, Bar No. 182849
jchan@sgilaw.com
TIMOTHY P. O'DONNELL, Bar No.185492
todonnell@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

Attorneys for Defendants Whiteside Construction Corporation,
NMS Supply, Inc., J.W. Construction, Inc., and
David R. Whiteside

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER PEREZ ESCOBAR, MARGARITO GONZALEZ, and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY, INC., J.W. CONSTRUCTION, INC., and DAVID R. WHITESIDE<br><br>Defendants. | Case No. CV 08 1120 WHA<br><br>**DECLARATION OF DANIEL CASTILLO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE**<br><br>Date:         August 21, 2008<br>Time:        8:00 a.m.<br>Courtroom: 9<br>Judge:       Hon. William Alsup |

{CLIENT FILES\31395\1\00093538.DOC}                                                                                                           - 1 -

DECLARATION OF DANIEL CASTILLO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE - CASE NO. CV 08 1120 WHA

I, Daniel Castillo, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I understand and read English.

2. I make this declaration voluntarily, and I have not been pressured by anyone to provide this declaration. Further, I have not received any payment or promise of future consideration for this declaration.

3. I was employed by Whiteside Construction Corporation during 2002 and 2003 and have been employed again by the Company since May, 2008. I am currently employed by Whiteside Construction as a union cement mason, and my pay rate is determined by the Company's union contract with the Cement Masons union.

4. Since May, 2008, I have traveled to work in the morning by driving with my brother, David Castillo, in his car. David also works for Whiteside Construction, and we live together. We have always driven from our home directly to the job site in the morning. Since the beginning of my current employment with the Company, I have been aware that I and other employees have the option either to go directly to the job site at the beginning of the day or to go to the yard in Richmond and obtain a ride from there. The Company does not require employees to report to its yard every day.

5. Each afternoon, I get my assignment for the next day from the foreman working at my location. The foreman tells me where I will be working and what time to begin work at the job site. I know that, if necessary, I can call the Company's office to learn the location and time of my assignment for the next day. However, I have never had to call the Company's office to do so. I am not required to go to the yard in Richmond to find out where I work.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 31st day of July, 2008, at San Francisco, California.

_____
Daniel Castillo

7-31-08
San Francisco Ca.
Age - 24

{CLIENT FILES\31395\1\00093538.DOC}                                                                                           - 2 -
DECLARATION OF DANIEL CASTILLO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE - CASE NO. CV 08 1120 WHA