PAUL V. SIMPSON, Bar No. 83878
psimpson@sgilaw.com
JENNIFER M. CHAN, Bar No. 182849
jchan@sgilaw.com
TIMOTHY P. O'DONNELL, Bar No.185492
todonnell@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants Whiteside Construction Corporation,
NMS Supply, Inc., J.W. Construction, Inc., and
David R. Whiteside

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER PEREZ ESCOBAR, MARGARITO GONZALEZ, and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY, INC., J.W. CONSTRUCTION, INC., and DAVID R. WHITESIDE<br><br>Defendants. | Case No. CV 08 1120 WHA<br><br>**DECLARATION OF DAVID CASTILLO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE**<br><br>Date:      August 21, 2008<br>Time:      8:00 a.m.<br>Courtroom: 9<br>Judge:     Hon. William Alsup |

I, David Castillo, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I understand and read English.

2. I make this declaration voluntarily, and I have not been pressured by anyone to provide this declaration. Further, I have not received any payment or promise of future consideration for this declaration.

3. I have been employed by Whiteside Construction Corporation since November, 2006. Initially, I was employed by Whiteside Construction as a union cement mason, and my pay rate was determined by the Company's union contract with the Cement Masons union. In February, 2008, I became a union carpenter. Since then, my pay rate has been determined by the Company's union contract with the Carpenters' Union.

4. For approximately the last four months, I have driven my own car from my home directly to the job site in the morning. Before that, I drove to work with my dad, who is employed by Whiteside Construction as a foreman. Since the beginning of my employment, I have been aware that I and other employees have the option either to go directly to the job site at the beginning of the day or to go to the yard in Richmond and obtain a ride to the jobsite from there. I am not required to report to the yard before going to the jobsite.

5. During the time when I rode to work with my dad, sometimes he would drive to the yard in Richmond before going to the job site. Occasionally, during the stops at the yard, I would help my dad load equipment onto his truck. Each time I helped my dad load the truck, it only took a few minutes. Neither my dad nor anyone else at Whiteside Construction directed or ordered me to help him load equipment onto his truck. I helped him because he is my dad, and I do not want him to work any harder than he has to.

6. Each afternoon, I get my assignment for the next day from the foreman working at my location. The foreman tells me where I will be working and what time to begin work at the job

/////

/////

/////

site. I know that, if necessary, I can call the Company's office to learn the location and time of my assignment for the next day. However, I have never had to call the Company's office to do so.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 31st day of July, 2008, at San Francisco, California.

_____
David Castillo

7-31-2008

San Francisco, CA

My is age 21 yrs.

{CLIENT FILES\31395\1\00093253.DOC}   - 3 -
DECLARATION OF DAVID CASTILLO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE - CASE NO. CV 08 1120 WHA