Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiffs
WALTER PEREZ ESCOBAR, MARGARITO
GONZALEZ and FRANCISCO CISNEROS-ZAVALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEREZ ESCOBAR, MARGARITO GONZALEZ and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY INC., J.W. CONSTRUCTION, INC. and DAVID R. WHITESIDE,<br><br>Defendants. | Case No. CV-08-1120 WHA<br><br>**SUPPLEMENTAL DECLARATION OF DAVID HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date:    August 21, 2008<br>Time:    8:00 AM<br>Courtroom: 9<br>Judge:    Hon. William Alsup |

I, David Harris, declare under penalty of perjury as follows:

1. I am a member in good standing of the State Bar of California and am one of the attorneys for Plaintiffs in the within action. I make this Supplemental Declaration on behalf of the Plaintiff and in support of the Plaintiffs' Motion for Leave to File a First Amended Complaint. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge.

2. At the time of the filing of the Motion for Leave to File a First Amended Complaint, Plaintiffs had still not received written notice from the California Labor and Workforce Development Agency ("LWDA") confirming that it did not intend to investigate, thereby giving Plaintiffs the statutory right to assert claims in this action pursuant to the Labor Code Private Attorneys General Act ("PAGA"), Cal. Lab. Code § 2698.3 *et seq.*

3. Attached hereto as **Exhibit 1** is a true and correct copy of the July 28, 2008, California Labor and Workforce Development Agency letter, informing the parties that the LWDA does not intend to investigate the claims as to NMS Supply, Inc.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the July 28, 2008, California Labor and Workforce Development Agency letter, informing the parties that the LWDA does not intend to investigate the claims as to Whiteside Construction Corporation.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the August 20, 2008, California Labor and Workforce Development Agency letter, informing our office that the LWDA does not intend to investigate the claims as to J.W. Construction Inc.

6. The LWDA faxed our office the letters attached as **Exhibit 2** and **Exhibit 3** at 4:58 PM on August 20, 2008.

1  I have read the foregoing, and the facts set forth herein are true and
2  correct of my own personal knowledge.
3  Executed August 20, 2008, in the County of Marin, State of California.

>           /s/
>       David Harris

# EXHIBIT 1



# CALIFORNIA
# Labor & Workforce Development Agency

Date July 28, 2008

Harris & Ruble
5455 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036

NMS Supply, Inc.
c/o Paul Simpson
Simpson, Garrity & Innes
601 Gateway
Blvd., Suite 950
South San Francisco, CA 94080

Re:   LWDA No: 3679
      Employer: NMS Supply, Inc.
      Employee: Walter Perez Escobar

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked June 20, 2008 and after review, does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "...civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

*Doug Hoffner*

Doug Hoffner
Undersecretary

Governor
Arnold Schwarzenegger

Secretary
Victoria L. Bradshaw

Agricultural Labor Relations Board

California Unemployment Insurance Appeals Board

California Workforce Investment Board

Department of Industrial Relations

Economic Strategy Panel

Employment Development Department

Employment Training Panel

801 K Street, Suite 2101 • Sacramento, California 95814 • www.labor.ca.gov
(916) 327-9064 • Fax (916) 327-9158

# EXHIBIT 2

# CALIFORNIA
# Labor & Workforce Development Agency

Date July 28, 2008

Harris & Ruble
5455 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036

Whiteside Construction Corporation
c/o Paul Simpson
Simpson, Garrity & Innes
601 Gateway Blvd., Suite 950
South San Francisco, CA 94080

Re:   LWDA No: 3681
      Employer:  Whiteside Construction Corporation
      Employee:  Walter Perez Escobar

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked June 20, 2008 and after review does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "...civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

Doug Hoffner
Undersecretary

# EXHIBIT 3



# CALIFORNIA
# Labor & Workforce Development Agency

August 20, 2008

David Harris
Harris & Ruble
5455 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

RE: LWDA#3682

Dear Mr. Harris:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked June 20, 2008, Re: J.W. Construction, Inc. LWDA does not intend to investigate this matter since 30 calendar days has passed since the postmark date of your notice.

As a reminder to you, the provisions of Labor Code Section 2699 (i) provides that "… civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code…" Labor Code Section 2699 (l) specifies "The superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part."

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court approved settlement agreement.

Sincerely,

Douglas Hoffner
Undersecretary

*Labor and Workforce Development Agency sidebar:*
Agricultural Labor Relations Board
California Unemployment Insurance Appeals Board
California Workforce Investment Board
Department of Industrial Relations
Economic Strategy Panel
Employment Development Department
Employment Training Panel

801 K Street, Suite 2101 • Sacramento, California 95814 • www.labor.ca.gov
(916) 327-9064 • Fax (916) 327-9158