UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 21, 20008

Case No.  C 08-01120 WHA

Title: WALTER ESCOBAR  v. WHITESIDE CONSTRUCTION

Plaintiff Attorneys: David Harris; Alan Harris

Defense Attorneys: Timothy O'Donnell

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Plts' Motion to Certify Class - Taken Under Submission

2)   Plts' Motion for Leave to Amend - Taken Under Submission


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**