Alan Harris (SBN 146079)
David S. Harris (SBN 215224)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366
law@harrisandruble.com
dzelenski@harrisandruble.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEREZ ESCOBAR, MARGARITA GONZALEZ, and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY INC., J.W. CONSTURCTION, INC., and DAVID R. WHITESIDE,<br><br>        Defendants. | Case No. CV 08-1120 WHA<br><br>**[PROPOSED] ORDER RELIEVING PARTIES OF OBLIGATION TO PROVIDE COLLECTIVE-ACTION NOTICE UNDER THE ORDER GRANTING MOTION FOR CERTIFICATION OF A COLLECTIVE ACTION**<br><br>Assigned to Hon. William H. Alsup |

1  The Court having read the Stipulation Relieving Parties of Obligation to Provide
2  Collective-Action Notice Under the Order Granting Motion for Certification of a
3  Collective Action, and good cause appearing therefor, the Court hereby orders that the
4  parties are relieved of their obligation to provide collective-action notice to Class
5  Members under the Order Granting Motion for Certification of a Collective Action.

7  **IT IS SO ORDERED.**

9  DATED: September 18, 2008   _____
10                              Hon. William H. Alsup

