IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEREZ ESCOBAR, et al., | No. C 08-01120 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING HEARING** |
| WHITESIDE CONSTRUCTION CORP, et al., | |
| Defendant. | |

    The bench trial is going forward as scheduled on July 13, 2009 at 7:30 a.m.. The final pretrial conference is continued to July 9, 2009 at 3:00 p.m..

**IT IS SO ORDERED.**

Dated: June 25, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE