IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER PEREZ ESCOBAR, MARGARITA GONZALEZ and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated,

    Plaintiffs,

    v.

WHITE SIDE CONSTRUCTION CORPORATION, NMS SUPPLY INC., J.W. CONSTRUCTION, INC., and DAVID R. WHITESIDE,

    Defendants.

No. C 08-01120 WHA

**ORDER VACATING TRIAL DATE AND SCHEDULING CMC**

Counsel have allowed this case to fall off track and various deadlines, including for class certification and summary judgment, have passed. The pre-trial conference scheduled for July 9, 2009, at 3:00 p.m., will be used as a case management conference. The trial date scheduled for July 13, 2009, is hereby vacated. This does not mean, however, that the Court will necessarily allow counsel to resurrect motions for class certification that should have been made long ago. How to deal with the collective action under the FLSA and the issue of notice will be dealt with at the CMC.

**IT IS SO ORDERED.**

Dated: June 26, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE