IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PEREZ ESCOBAR, MARGARITA GONZALEZ and FRANCISCO CISNEROS-ZAVALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITESIDE CONSTRUCTION CORPORATION, NMS SUPPLY INC., J.W. CONSTRUCTION, INC., and DAVID R. WHITESIDE,<br><br>Defendants. | No. C 08-01120 WHA<br><br>**ORDER REQUESTING SUPPLEMENTAL MATERIALS RE MOTION FOR CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS** |

Before ruling on the pending motion for conditional certification of a settlement class, the Court requests that by no later than **TUESDAY, SEPTEMBER 8, 2009, AT NOON**, defense counsel submit balance sheets and any audited or unaudited financial statements of Whiteside Construction Corporation to document its financial problems for the period of 2008 to the present. By the same date, the parties shall submit a revised settlement agreement and release that clarifies and narrows the scope of any release by absent class members to the specific claims at issue in this action.

**IT IS SO ORDERED.**

Dated: September 3, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE